# EXHIBIT 1

1  Tarek H. Zohdy (SBN 247775)
   Tarek.Zohdy@capstonelawyers.com
2  Cody R. Padgett (SBN 275553)
   Cody.Padgett@capstonelawyers.com
3  Laura E. Goolsby (SBN 321721)
   Laura.Goolsby@capstonelawyers.com
4  Nathan N. Kiyam (SBN 317677)
   Nate.Kiyam@capstonelawyers.com
5  CAPSTONE LAW APC
   1875 Century Park East, Suite 1000
6  Los Angeles, California 90067
   Telephone:  (310) 556-4811
7  Facsimile:   (310) 943-0396

8  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHELSEA GARLAND, ESTELITA REY, and ZACHARY WILLIAMS, individually, and on behalf of a class of similarly situated individuals, | Case No.: '24CV1168 L    SBC |
|---|---|
| Plaintiffs, | **DECLARATION OF LAURA E. GOOLSBY IN SUPPORT OF VENUE FOR CLASS ACTION COMPLAINT PURSUANT TO CIVIL CODE § 1780(d)** |
| v. | |
| MEAD JOHNSON & COMPANY, LLC, a Delaware limited liability company; MEAD JOHNSON NUTRITION COMPANY, a Delaware corporation; and RECKITT BENCKISER LLC, a Delaware limited liability company, | |
| Defendant. | |

# DECLARATION OF LAURA E. GOOLSBY

I, Laura E. Goolsby, declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Capstone Law APC and am admitted to practice in California, including within the Southern District of California. I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information and belief, and as to those matters, I believe them to be true. I am over the age of eighteen, a citizen of the State of California, and counsel for Plaintiff in this action.

2. Pursuant to California Civil Code §1780(d), this Declaration is submitted in support of the Selection of Venue for the Trial of Plaintiff Chelsea Garland's Cause of Action alleging violation of California's Consumers Legal Remedies Act.

3. In or around May 2023, Plaintiff Chelsea Garland, who resides in the County of San Diego and within the Southern District of California, purchased the Products that are the subject of this action, from Target, Vons, Walmart, Ralphs, and/or Albertsons, also in the County of San Diego and within the Southern District of California.

4. Based on the facts set forth herein, this Court is a proper venue for the prosecution of Plaintiff's Cause of Action alleging violation of California's Consumers Legal Remedies Act because a substantial portion of the events giving rise to Garland's claims occurred in Southern District of California.

5. I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on July 5, 2024, in Fullerton, California.

_____
Laura E. Goolsby