# EXHIBIT 2

| PRODUCT | AGE ON LABEL | NUTRIENT CONTENT CLAIMS |
|---|---|---|
| Enfagrow PREMIUM Toddler Nutritional Drink | 1+ Years | - IMMUNE HEALTH Dual Prebiotics & Vitamins<br><br>- Supports BRAIN DEVELOPMENT Omega-3 DHA & Iron<br><br>- 22 NUTRIENTS to help support growth |

**Front and Back Labels:**



| PRODUCT | AGE ON LABEL | NUTRIENT CONTENT CLAIMS |
|---|---|---|
| Enfagrow NEUROPRO Toddler Nutritional Drink | 1+ Years | - IMMUNE HEALTH Dual Prebiotics & Vitamins<br>- Supports BRAIN DEVELOPMENT Omega-3 DHA & Iron<br>- 24 NUTRIENTS to help support growth |

**Front and Back Labels:**


